478 A.2d 125

General Accident, Appellant, v. Travelers.

Argued March 15, 1984. Victoria H. Roberts, for appellant; David M. McCormick, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.

WIEAND, J., filed a dissenting memorandum.

478 A.2d 126

Gerzoff, Appellants, v. Schultz (at No. 2123).

Gerzoff, Appellants, v. Dorazio (at No. 2122).

Argued March 6, 1984. Allen L. Feingold, for appellants; Michael B. Tolcott, for Dorazio, appellees (at 2122); Phillip B. Silverman, for Schultz, appellees (at 2122 and 2123).

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Appeals quashed.